Matter of Olivia O. (2024 NY Slip Op 05310)

Matter of Olivia O.

2024 NY Slip Op 05310

Decided on October 29, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 29, 2024

Before: Singh, J.P., Pitt-Burke, Higgitt, Rosado, O'Neill Levy, JJ. 

Docket No. D-06752/23 Appeal No. 2908 Case No. 2023-06072 

[*1]In the Matter of Olivia O., A Person Alleged to be a Juvenile Delinquent, Appellant. Presentment Agency.

Daniel X. Robinson, New York, for appellant.
Muriel-Goode-Trufant, Acting Corporation Counsel, New York (Eva L. Jerome of counsel), for presentment agency.

Appeal from order of disposition, Family Court, New York County (Stephanie Schwarz, JFC), entered on or about November 15, 2023, which adjudicated appellant a juvenile delinquent upon her admission that she committed an act that, if committed by an adult, would constitute the crime of robbery in the third degree, and placed her in the custody of the Commissioner of Social Services of the County of New York for placement in a nonsecure facility for a period of 12 months, less the period of 3 months spent in detention nunc pro tunc, unanimously dismissed as moot, without costs.
This appeal challenging the dispositional order, but not the juvenile delinquency adjudication, is moot because the placement has expired, and has been superseded by an order extending the placement for one month, which has also expired (see Matter of Gabriel N., 144 AD3d 443 [1st Dept 2016]). In any event, the disposition was a proper exercise of discretion. THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 29, 2024